IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                          OPINION AND ORDER

         Plaintiff,

                          07-cr-31-bbc

    v.

ARTHUR T. CONNER,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Arthur T. Conner has filed a reply brief in support of an emergency motion to reduce his sentence that he filed on October 30, 2020, on the ground that he qualified for compassionate release. His earlier motion was denied on December 1, 2020, together for his motion for appointment of counsel. Dkt. #227. Although no provision was made in the briefing schedule for a reply brief, I have reviewed defendant's submission to determine whether he has raised any issues that might require a different disposition of his motion.

      Primarily, defendant discusses his positive test for COVID-19 on October 8, 2020, showing that his test was positive and that he was asymptomatic; his concern that he might be suffering additional problems as a result of his infection; his efforts over the time of his imprisonment to better himself through education; and his family's need for his assistance. None of this information is new.

1

I recognize that defendant is concerned about his health and the possibility that he has medical problems that the medical staff have not yet identified, but he has not shown that he qualifies for compassionate release. Even if had made this showing, there is no reason to believe that he would be safer in the community than he is at the institution, given the high rate of infection throughout the state of Wisconsin.

ORDER

IT IS ORDERED that defendant Arthur T. Conner's motion for compassionate release/motion to reduce his sentence is DENIED.

Entered this 10th day of December, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge